# United States District Court

WESTERN DISTRICT OF WASHINGTON

EL-SIEB ALI, a.k.a. CHARLES THOMAS

JUDGMENT IN A CIVIL CASE

v.

ELDON VAIL et al.

CASE NUMBER: C08-5646RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation.

2. Plaintiff's motion (Dkt. #7) is GRANTED and the causes of action are dismissed without prejudice.

| January 21, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | Jennie L. Patton |
| | Deputy Clerk |